IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA LEIGH JOHNSON,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **FEDERAL BUREAU OF INVESTIGATION,** | : | **No. 14-1720** |
| *Defendant*. | : | |

**ORDER ON MOTIONS & THIRD AMENDED SCHEDULING ORDER**

**AND NOW**, this 4th day of August, 2015, upon consideration of Defendant's Motion for Summary Judgment and the relevant exhibits (Docket Nos. 23-24), Plaintiff's Cross Motion for Summary Judgment and Opposition to Defendant's Motion for Summary Judgment (Docket No. 25), Defendant's Memorandum of Law in Opposition to Plaintiff's Cross Motion and in Further Support of Defendant's Motion for Summary Judgment (Docket No. 72), and following oral argument on June 29, 2015, for the reasons set forth in the Court's Memorandum of even date, **the Court hereby ORDERS** that Defendant's Motion for Summary Judgment (Docket No. 23) is **DENIED WITHOUT PREJUDICE**, Plaintiff's Cross Motion for Summary Judgment (Docket No. 25) is **DENIED WITHOUT PREJUDICE**, and the case shall proceed on the following amended schedule:

Renewed Summary Judgment Motions

1.    On or before **September 25, 2015**, Defendant shall either (a) release to Ms. Johnson the materials responsive to her FOIA request, or (b) file and serve a renewed motion for summary judgment, along with any supplemental affidavits or declarations. If Defendant does not release to Ms. Johnson the materials responsive to her FOIA request, Plaintiff shall file and serve her renewed motion for summary judgment on or before **October 16, 2015**. Responses to any motions for

summary judgment shall be filed and served within twenty-one (21) days after service of the motion.

All counsel and unrepresented parties are directed to review the Court's General Pretrial and Trial Policies and Procedures on the Court's website[1] in order to be familiar with the Court's requirements with respect to summary judgment motions. To that end, the Court directs the parties that, in both their submissions and responses, controlling legal opinions rendered by the United States Supreme Court and the Court of Appeals for the Third Circuit *shall be cited to and discussed*, whenever possible, to defend arguments in support of and/or in opposition to the motion.

Two copies of any such motions and responses shall be served on the Court in Chambers,[2] and one copy on each opposing counsel, when the originals are filed.

## General Expectations

2.  All counsel and unrepresented parties are expected to review the Court's General Policies and Procedures and Guidelines for Trial and Other Proceedings in the Courtroom available on the Court's website at www.paed.uscourts.gov concerning the conduct of the litigation, including trial. Any party desiring a hard copy of this document may call the Court's Civil Deputy, Ms. Rose A. Barber, at 267-299-7350, to request a copy. These Policies and Procedures address many issues that frequently arise during the pendency of cases, and all counsel and unrepresented parties are expected to follow those procedures in spirit and in fact.

3.  All counsel shall take such steps and undertake such procedures and processes so as to assure their use of the electronic docketing and document availability and retrieval systems operated by the Eastern District of Pennsylvania available from the Court.

---

[1] *Available at* http://www.paed.uscourts.gov/documents/procedures/prapol2.pdf.

[2] Room 10613, United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

4. EXTENSIONS OF TIME: Any necessary application for extension of any time deadlines, change in conference(s), or trial date(s) set forth in this Order shall be made in writing and submitted to the Court no later than three (3) days prior to the date sought to be changed or extended. Any such request shall include a factual verification of counsel or unrepresented party or witness showing good cause for the request, shall contain a statement of the position of all other parties as to the request, and, if the request relates to a discovery deadline, shall recount what discovery the parties have thus far accomplished.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge