## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA LEIGH JOHNSON,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | **NO. 14-1720** |
| **v.** | : | |
| | : | |
| **FEDERAL BUREAU OF INVESTIGATION,** | : | |
| **Defendant.** | : | |

### ORDER

AND NOW this 12th day of May, 2016, upon consideration Plaintiff's Renewed Motion for Summary Judgment (Docket No. 37), Defendant's Renewed Motion for Summary Judgment (Docket Nos. 42, 43), and Plaintiff's Response to Defendant's Renewed Motion for Summary Judgment (Docket No. 44), it is hereby **ORDERED** as follows:

1. Defendant's Renewed Motion for Summary Judgment is **DENIED**.

2. Plaintiff's Renewed Motion for Summary Judgment is **GRANTED** as follows:

   a. The Defendant shall disclose all documents responsive to Plaintiff's request to Plaintiff's counsel on or before May 23, 2016.

   b. To the extent Plaintiff's counsel wishes to disclose any documents to others, including to the Plaintiff, Plaintiff's counsel shall submit to the Court, by letter or fax, a schedule of the proposed documents to be disclosed.

   c. Upon submission of a schedule of proposed documents to be disclosed, the Defendant shall have ten (10) days to respond with any specific objections.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1