# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JESSICA LEIGH JOHNSON,** | : | |
| *Plaintiff*, | : | **CIVIL ACTION** |
| | : | **NO. 14-1720** |
| v. | : | |
| | : | |
| **FEDERAL BUREAU OF INVESTIGATION,** | : | |
| *Defendant*. | : | |

## ORDER

AND NOW this 20th day of September, 2016, upon consideration of Plaintiff's Renewed Motion for Summary Judgment (Doc. No. 37), Defendant's Renewed Motion for Summary Judgment (Doc. Nos. 42, 43), Plaintiff's Response thereto (Doc. No. 44), Defendant's Motion for Reconsideration of the Court's May 12, 2016 Order or, in the Alternative, for a Stay Pending Appeal (Doc. No. 47), Plaintiff's Response thereto (Doc. No. 51), Defendant's Supplemental Memorandum in Further Support (Doc. No. 52), and Plaintiff's Response thereto (Doc. No. 54) it is hereby **ORDERED** as follows:

1. The Court's May 12, 2016 Order (Doc. No. 46) is **VACATED**;
2. Defendant's Renewed Motion for Summary Judgment (Doc. Nos. 42, 43) is **GRANTED**;
3. Plaintiff's Renewed Motion for Summary Judgment (Doc. No. 37) is **DENIED**;
4. Judgment is entered in favor of the Defendant. The Clerk of Court shall mark this case closed for all purposes including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge